UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARBARA A. KOCH,

   Plaintiff,

v.                                         Case No: 8:17-cv-1981-T-30AEP

CREDENCE RESOURCE
MANAGEMENT, LLC,

   Defendant.
_____

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal with Prejudice (Dkt. 12). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This case is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 17th day of November, 2017.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record